IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 06-2116-MP-001 |
| | ) | |
| Steven Cagle, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

On May 19, 2006, the defendant entered a guilty plea and was sentenced to 90 days pursuant to the plea agreement. The defendant was to be released on May 19, 2006 and self surrender on May 22, 2006. For some reason, the defendant was not released. A telephonic conference with the Assistant U. S. Attorney and Mr. Cagle's counsel, AFPD Richard Juarez, occurred on May 22, 2006 when it became apparent the defendant was not released.

**IT IS THEREFORE ORDERED** that the defendant, Steven Cagle, shall be released on May 22, 2006.

**IT IS FURTHER ORDERED** that defendant Cagle shall self surrender on Thursday, May 25, 2006, by 9:00 a.m. to the United States Marshal in Yuma, AZ.

**IT IS FURTHER ORDERED** that the Marshal's Office shall serve a copy of this Order on defendant prior to his release.

DATED this 22nd day of May, 2006.

_____
Virginia A. Mathis
United States Magistrate Judge